IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IRWIN FINANCIAL CORPORATION and<br>IRWIN MORTGAGE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)  DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff states that it has no parent corporation and that no publicly-held corporation owns 10% or more of plaintiff's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ William M. Lafferty

William M. Lafferty (#2755)
Theodore Kittila (#3963)
Karl G. Randall (#5054)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 654-9200
wlafferty@mnat.com
tkittila@mnat.com
krandall@mnat.com
   *Attorneys for Plaintiff Freedom Mortgage*

*Of Counsel*:
John K. Crossman
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue
New York, NY 10022
(212) 223-6700
March 12, 2008