IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
FREEDOM MORTGAGE :
CORPORATION, :
:
Plaintiff, :
:
v. : C.A. No. 08-146-GMS
:
IRWIN FINANCIAL CORPORATION, and : **JURY DEMAND**
IRWIN MORTGAGE CORPORATION, :
:
Defendants. :
:
:
------------------------------------------------------------x

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John K. Crossman and Frank C. Welzer of Zukerman Gore & Brandeis, LLP, 875 Third Avenue, New York, New York 10022 to represent Plaintiff, Freedom Mortgage Corporation, in this matter.

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

/s/ William M. Lafferty
_____
William M. Lafferty (#2755)
Theodore Kittila (#3963)
Karl G. Randall (#5054)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
*Attorneys for Plaintiff Freedom Mortgage Corporation*

Dated: March 24, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of John K. Crossman and Frank C. Welzer of Zukerman Gore & Brandeis, LLP, is granted.

Dated: _____    _____
                                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: March 24, 2008

_____
John K. Crossman
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue
New York, New York 10022
(212) 223-6700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California, New Jersey and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: March 24, 2008

Frank C. Welzer
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue
New York, New York 10022
(212) 223-6700