AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

Freedom Mortgage Corporation,

                Plaintiff.

    V.

Irwin Financial Corporation
and Irwin Mortgage Corporation,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 8 - 1 4 6

TO: (Name and address of Defendant)

    Irwin Financial Corporation
    500 Washington Street
    Columbus, Indiana 47201

    Attention: William Miller, Chairman

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William M. Lafferty, Esq. (#2755)
    Morris, Nichols, Arsht & Tunnell, LLP
    P.O. Box 1347
    1201 North Market Street
    Wilmington, Delaware 19899-1347

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE    MAR 1 3 2008

⚠AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

Freedom Mortgage Corporation,

          Plaintiff.

V.

Irwin Financial Corporation
and Irwin Mortgage Corporation,

          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 8 - 1 4 6

TO: (Name and address of Defendant)

Irwin Mortgage Corporation
500 Washington Street
Columbus, Indiana 47201

Attention: Thomas D. Washburn, Chairman

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William M. Lafferty, Esq. (#2755)
    Morris, Nichols, Arsht & Tunnell, LLP
    P.O. Box 1347
    1201 North Market Street
    Wilmington, Delaware 19899-1347

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             MAR 1 3 2008

CLERK                                                   DATE

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATON, | ) ) ) ) ) ) |
| Plaintiff, | |
| v. | ) ) C.A. No. 1:08-cv-00146-GMS |
| IRWIN FINANCIAL CORPORATION and IRWIN MORTGAGE CORPORATION, | ) ) ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF MAILING AND OF SERVICE PURSUANT TO D. DEL. L.R. 4.1(b)

Karl G. Randall, being duly sworn, deposes and says:

1. I am an associate of the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel for plaintiff in this action.

2. Pursuant to an Asset Purchase Agreement contract (the "APA") between and among the plaintiff and both defendants executed on August 7, 2006, each party consented to the exclusive jurisdiction and venue of the courts of the State of Delaware, including the District Court for the District of Delaware for matters arising from the APA.

3. Section 11.7 of the APA provides that service of process for matters arising out of the APA can be accomplished between the signatories by mailing copies of any Summons and Complaint to specified addresses.

4. On March 13, 2008, in compliance with the terms of the APA, I sent copies of the Summons, Complaint, and a letter dated March 13, 2008 providing notice of the commencement of the above-captioned action (the "Notice") by registered mail, return receipt requested, to:

>Irwin Financial Corporation
>500 Washington Street
>Columbus, Indiana 47201
>
>and
>
>Irwin Mortgage Corporation
>500 Washington Street
>Columbus, Indiana 47201

The registered mail return receipts that I received on April 1, 2008, copies of which are attached hereto as Exhibit A, show that Irwin Financial and Irwin Mortgage received and accepted the Summons, Complaint and Notice on March 27, 2008.

5. On March 13, 2008, in compliance with the terms of the APA, I sent copies of the Complaint and Notice to the defendants' designated additional recipients:

>Irwin Financial Corporation
>500 Washington Street
>Columbus, Indiana 47201
>Attention: Steven R. Schultz,
>    First Vice President and General Counsel
>
>and
>
>Irwin Union Bank & Trust Company
>500 Washington Street
>Columbus, Indiana 47201
>Attention: Steven R. Schultz,
>    First Vice President and General Counsel

The registered mail return receipts that I received on April 1, 2008, copies of which are attached hereto as Exhibit B, show that Irwin Financial's and Irwin Mortgage's designated additional

INTENTIONALLY LEFT BLANK

2

recipients received and accepted the Complaint and Notice on March 27, 2008.

*[signature]*
Karl G. Randall (#5054)

SWORN TO AND SUBSCRIBED BEFORE ME,
a Notary Public for the State of Delaware, County of New Castle,
this _1st_ day of April, 2008.

*[signature]*
Notary Public
EXP. 10/15/08

3

# EXHIBIT A

Case 1:08-cv-00146-GMS    Document 6    Filed 04/01/2008    Page 6 of 11

RA 122 436 577 US

| To Be Completed By Post Office | Reg. Fee $ 9.50 | Special Delivery $ |
|---|---|---|
| | Handling Charge $ | Return Receipt $ 2.15 |
| | Postage $ 4.60 | Restricted Delivery $ |
| | Received by MSS | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

**FROM:** Karl G. Randall, Esquire
MORRIS, NICHOLS
1201 N. Market Street
Wilmington, Delaware 19801

**TO:** Irwin Financial Corporation
500 Washington Street
Columbus, Indiana 47201
Attention: William Miller, Chairman

PS Form 3806, June 2000     **Receipt for Registered Mail**     (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irwin Financial Corporation
500 Washington Street
Columbus, Indiana 47201
Attention: William Miller, Chairman

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): C JBSNELL   C. Date of Delivery: 3/2
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 122 436 577 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Registered No.** RA 122 436 550 US

**Date Stamp:** ROONEY SQ STA, USPS

| Reg. Fee | $ 9.50 | Special Delivery | $ |
| --- | --- | --- | --- |
| Handling Charge | $ | Return Receipt | $ 2.15 |
| Postage | $ 4.60 | Restricted Delivery | $ |
| Received by | MSS | | |

To Be Completed By Post Office

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

Customer Must Declare Full Value $ ☐ With Postal Insurance ☐ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**FROM:**
Karl G. Randall, Esquire
MORRIS, NICHOLS
1201 N. Market Street
Wilmington, Delaware 19801

**TO:**
Irwin Mortgage Corporation
500 Washington Street
Columbus, Indiana 47201
Attention: Thomas D. Washburn, Chairman

PS Form 3806, June 2000     Receipt for Registered Mail     (Post Office Copy)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irwin Mortgage Corporation
500 Washington Street
Columbus, Indiana 47201
Attention: Thomas D. Washburn, Chairman

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 3/2/?

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RA 122 436 550 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# EXHIBIT B

Case 1:08-cv-00146-GMS     Document 6     Filed 04/01/2008     Page 9 of 11

| Registered No. RA | | |
|---|---|---|
| Reg. Fee $ 9.50 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 2.15 | |
| Postage $ 4.60 | Restricted Delivery $ | |
| Received by MSS | | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM:
Karl G. Randall, Esquire
MORRIS, NICHOLS
1201 N. Market Street
Wilmington, Delaware 19801

TO:
Irwin Financial Corporation
500 Washington Street
Columbus, Indiana 47201
Attention: Steven R. Schultz, First
Vice President and General Counsel

PS Form 3806, June 2000 — Receipt for Registered Mail (Customer Copy) (See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irwin Financial Corporation
500 Washington Street
Columbus, Indiana 47201
Attention: Steven R. Schultz, First
Vice President and General Counsel

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): C. PRESNEL
C. Date of Delivery: 3/2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RA 122 436 563 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| Registered No. RA 122 436 585 US | | Date Stamp | |
|---|---|---|---|
| Reg. Fee $ 4.50 | Special Delivery $ | | |
| Handling Charge $ | Return Receipt $ 2.15 | | |
| Postage $ 4.60 | Restricted Delivery $ | | |
| Received by MSS | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ ☐ With Postal Insurance ☐ Without Postal Insurance

Domestic Insurance is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM:
Karl G. Randall, Esquire
MORRIS, NICHOLS
1201 N. Market Street
Wilmington, Delaware 19801

TO:
Irwin Union Bank & Trust Company
500 Washington Street
Columbus, Indiana 47201
Attn: Steven R. Schultz First Vice President and General Counsel

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irwin Union Bank & Trust Company
500 Washington Street
Columbus, Indiana 47201
Attn: Steven R. Schultz First Vice President and General Counsel

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 3/27

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): RA 122 436 585 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540