IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>IRWIN FINANCIAL CORPORATION and IRWIN MORTGAGE CORPORATION,<br>    Defendants | )<br>)<br>)<br>)<br>) C.A. No. 08-146-GMS<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED and agreed by and among the parties hereto, and subject to the approval of the Court, that the time within which defendants Irwin Financial Corporation and Irwin Mortgage Corporation must move, answer or otherwise respond to the complaint is extended through and including April 23, 2008. The stipulation is requested because the defendants have just recently retained counsel and counsel needs additional time to review the allegations in the complaint and to draft an appropriate response.

/s/ William M. Lafferty
William M. Lafferty (#2755)
wlafferty@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff*

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
dicamillo@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants*

Dated: April 2, 2008

IT IS SO ORDERED this _____ day of April, 2008.

_____
U.S. District Judge

RLF1-3268927-1