IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> IRWIN FINANCIAL CORPORATION, and ) <br> IRWIN MORTGAGE CORPORATION, ) <br> ) <br> Defendants. ) | C. A. No. 08-146-GMS <br><br> **COMPLAINT AND JURY DEMAND** |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification counsel moves the admission *pro hac vice* of Jenny L. Dixon of Wilson Sonsini Goodrich & Rosati, to represent Defendants Irwin Financial Corporation and Irwin Mortgage Corporation in this matter.

Dated: April 18, 2008

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
dicamillo@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Defendants*

### ORDER GRANTING MOTION

IT IS SO ORDERED this _____ day of April, 2008.

_____
U.S. District Court Judge

RLF1-3273123-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Jenny L. Dixon
Jenny L. Dixon, Esquire
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105

DATE: April 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

William J. Lafferty
Theodore Kittila
Karl G. Randall
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I further certify that on April 18, 2008, the foregoing document was served by electronic service and Federal Express to the following:

John K. Crossman
Frank C. Welzer
Zukerman Gore & Brandeis, LLP
875 Third Avenue
New York, NY 10022

Raymond J. DiCamillo (#3188)
dicamillo@rlf.com