IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>IRWIN FINANCIAL CORPORATION, and<br>IRWIN MORTGAGE CORPORATION,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 08-146-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO DISMISS, STAY OR TRANSFER
### TO THE NORTHERN DISTRICT OF CALIFORNIA

Defendants Irwin Financial Corporation ("IFC") and Irwin Mortgage Company ("IMC"), by and through their undersigned counsel, move this Court for an order in the form attached hereto to dismiss, or in the alternative stay or transfer this action. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Their Motion to Dismiss, Stay, or Transfer to the Northern District of California and the Declaration of Dominique-Chantale Alepin filed contemporaneously herewith.

OF COUNSEL:

David J. Berger
Dominique C. Alepin
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
(650) 493-9300

Jenny L. Dixon
Wilson Sonsini Goodrich & Rosati, PC
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
(415) 947-2000

Raymond J. DiCamillo (#3188)
dicamillo@rlf.com
Richards, Layton & Finger
920 N. King Street
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendants*

RLF1-3276189-1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

William J. Lafferty
Theodore Kittila
Karl G. Randall
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I further certify that on April 23, 2008, the foregoing document was served by electronic service and Federal Express to the following:

John K. Crossman
Frank C. Welzer
Zukerman Gore & Brandeis, LLP
875 Third Avenue
New York, NY 10022

Raymond J. DiCamillo (#3188)
dicamillo@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FREEDOM MORTGAGE CORPORATION, )
      Plaintiff, )
 )
vs. ) C. A. No. 08-146-GMS
 )
IRWIN FINANCIAL CORPORATION, and )
IRWIN MORTGAGE CORPORATION, )
 )
      Defendants. )
 )

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, STAY
OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

The Court, having considered Defendants' Motion to Dismiss, Stay or Transfer to the Northern District of California (the "Motion"), and good cause having been shown therefore,

**IT IS HEREBY ORDERED** this _____ day of _____, 2008 that the Defendants' Motion is GRANTED.

_____
U.S. District Court Judge