IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
FREEDOM MORTGAGE :
CORPORATION, :
:
:
Plaintiff, :
:
v. : C.A. No. 08-146-GMS
:
IRWIN FINANCIAL CORPORATION, and : **JURY DEMAND**
IRWIN MORTGAGE CORPORATION, :
:
Defendants. :
:
:
------------------------------------------------------------x

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS on March 13, 2008, plaintiff filed its complaint in the above-captioned matter;

WHEREAS on April 7, 2008 the Court granted a stipulated order extending the time for defendants to respond to the complaint until April 23, 2008;

WHEREAS on April 23, 2008, the defendants filed a Motion to Dismiss, Stay or Transfer to the Northern District of California (the "Motion");

WHEREAS, due to the pre-existing business travel obligations of plaintiff's lead counsel during the period immediately following the filing of the defendants' Motion, plaintiff requested a short extension of time to file its answering brief in opposition to defendants' Motion and any related papers, and defendants consented to that request;

IT IS HEREBY STIPULATED AND AGREED this 25th day of April, 2008, between and among counsel for the parties hereto, and subject to the approval of the Court, that the following schedule shall govern the briefing on defendants' Motion:

- 2 -

1. Plaintiff shall file its answering brief in opposition to defendants' Motion and any related papers on or before May 23, 2008; and

2. Defendants shall file their reply brief in support of their Motion and any related papers on or before June 13, 2008.

MORRIS, NICHOLS, ARSHT & TUNNEL LLP    RICHARDS, LAYTON & FINGER, P.A.

/s/ *Theodore Kittila*  
William M. Lafferty (#2755)  
Theodore Kittila (#3963)  
Karl G. Randall (#5054)  
1201 N. Market Street  
Wilmington, Delaware 19801  
(302) 658-9200  
 *Attorneys for Plaintiff*

/s/ *Raymond J. DiCamillo*  
Raymond J. DiCamillo (#3188)  
920 North King Street  
Wilmington, Delaware 19801  
(302) 651-7700  
 *Attorneys for Defendants*

IT IS SO ORDERED this __ day of April, 2008.

_____  
U.S. District Court Judge

2305832