# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William M. Lafferty
302 351 9341
302 425 4679 Fax
wlafferty@mnat.com

June 17, 2008

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court Judge
United States District Court for the District of
    Delaware
844 N. King Street
Wilmington, Delaware 19801

        Re:    *Freedom Mortgage Corp. v. Irwin Financial Corp. and Irwin Mortgage Corp.*, C.A. No. 08-146-GMS

Dear Chief Judge Sleet:

        Pursuant to Local Rule 7.1.4, plaintiff Freedom Mortgage Corporation requests oral argument on defendants' Motion to Dismiss, Stay or Transfer to the Northern District of California (D.I. 11).

                                               Respectfully,

                                             */s/ William M. Lafferty*

                                             William M. Lafferty (#2755)

cc:    Dr. Peter Dalleo, Clerk (by hand-delivery)
           Raymond J. DiCamillo, Esquire (by e-filing)